# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| POBLOCKI PAVING CORPORATION,<br><br>                      Plaintiff,<br><br>v.<br><br>JOHNSON & SONS PAVING, LLC and JASON B. JOHNSON,<br><br>                      Defendant. | Case No. 15-CV-1515-JPS<br><br>JUDGMENT |

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss the Amended Complaint (Docket #19) be and the same is hereby GRANTED; and

      IT IS FURTHER ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED with prejudice.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

April 27, 2016        s/Nancy A. Monzingo
Date        By: Deputy Clerk